IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A, THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR RENAISSANCE HOME EQUITY LOAN TRUST, SERIES 2003-2 | CASE NUMBER:1:13-cv-6797 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Ruben Castillo |
| CHRISTOPHER ARESSY, JULIA BENOIT, CAVALRY PORTFOLIO SERVICES, LLC AS ASSIGNEE OF CAVALRY SPV I, LLC AS ASSIGNEE OF CITIBANK, CITY OF CHICAGO, DEPARTMENT OF WATER MANAGEMENT, | MAGISTRATE JUDGE: Michael T. Mason |
| DEFENDANT(S). | |

**MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE**

Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

Respectfully submitted,

\_\_/s/ Julia M. Bochnowski_____
One of Plaintiff's Attorneys

Burke Costanza & Carberry LLP
JULIA M. BOCHNOWSKI  #6301499
150 N. Michigan Ave, Suite 800
Chicago, IL 60601
(219) 769-1313

{File: 00866105.DOC}